

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00359-CR

The **STATE** of Texas,
Appellant

v.

Arturo **MARTINEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 13-CR-727
Honorable Ana Lisa Garza, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on July 2, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_____
Keith E. Hottle, Clerk